NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HORIZON LINES, LLC,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2010-1138

---

Appeal from the United States Court of International Trade in case no. 07-CV-0039, Judge Evan J. Wallach.

---

## ON MOTION

---

## ORDER

The United States moves for a 4-day extension of time, until July 2, 2010, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

**JUN 2 9 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Evelyn M. Suarez, Esq.
     Edward F. Kenny, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 9 2010

JAN HORBALY
CLERK